No. 570. DAQUINO ET AL. *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *Sam Weiss* for petitioners.

No. 284, Misc. GOULD *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 309, Misc. SHERWOOD *v.* JACKSON COUNTY CIRCUIT COURT. Supreme Court of Oregon. Certiorari denied.

No. 325, Misc. SPAMPINATO ET UX. *v.* M. BREGER & CO. INC. ET AL. C. A. 2d Cir. Certiorari denied. Petitioners *pro se. James V. Masone* for M. Breger & Co. Inc. et al., and *Charles H. Tenney* for the City of New York et al., respondents.

No. 359, Misc. GLANCY *v.* KLINGER, SUPERINTENDENT, CALIFORNIA MEN'S COLONY, ET AL. Supreme Court of California. Certiorari denied.

No. 477, Misc. MURRAY *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 499, Misc. WRIGHT *v.* RHAY, SUPERINTENDENT OF WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 500, Misc. KELLY *v.* RHAY, SUPERINTENDENT OF WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 506, Misc. WRIGHT *v.* RHAY, SUPERINTENDENT OF WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.